UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MICHAEL BENNETT,

       Plaintiff,                        **NOTICE OF SETTLEMENT**

     v.                                   Civil Action No. 12-CV-302

COMMERCIAL RECOVERY SYSTEMS, INC.,

       Defendant.
_____

     NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a Stipulation of Discontinuance of this action with prejudice pursuant to Fed. R. Civ.P.41(a) within 30 days.


DATED:  July 1, 2013

                                              /s/ Seth J. Andrews_____
                                              Seth J. Andrews, Esq.
                                              Law Offices of Kenneth Hiller, PLLC
                                              Attorneys for Plaintiff
                                              6000 N. Bailey Avenue – Suite 1A
                                              Amherst, New York 14226
                                              (716) 564-3288
                                              sandrews@kennethhiller.com